UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE GRANGE; CALIFORNIA FORESTRY ASSOCIATION; and CALIFORNIA CATTLEMEN'S ASSOCIATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>GALE A. NORTON, Secretary of the Interior; UNITED STATES FISH AND WILDLIFE SERVICE; and MATTHEW J. HOGAN, Acting Director, U.S. Fish & Wildlife Service,<br><br>    Defendants.<br><br>FRIENDS OF OCEANO DUNES, INC., a California not-for-profit corporation,<br><br>    Intervenor-Applicant. | No. CIV-S-05-0560 MCE PAN<br><br><br><br>**ORDER SHORTENING TIME** |

On consideration of Friends of Oceano Dunes' Application for Order Shortening Time and Stipulation of the parties, as well as the certificate of counsel in support, IT IS HEREBY ORDERED:

1 | That Friends' Unopposed Motion to Intervene shall be heard before this Court on September 12, 2005 at 9:00 a.m.  Friends' motion to intervene shall be filed and served electronically by September 6, 2005 at 4:00 P.M. PDT.  Any responses shall be served be field and served electronically by September 7, 2005 at 4:00 P.M. PDT and any reply shall be filed and served electronically by September 8, 2005 at 4:00 P.M. PDT.

IT IS SO ORDERED.

DATE: September 6, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE