UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA STATE GRANGE; CALIFORNIA FORESTRY ASSOCIATION; and CALIFORNIA CATTLEMEN'S ASSOCIATION,

   Plaintiffs,

  v.

GALE A. NORTON, in her official capacity as Secretary of the Interior; U.S. FISH AND WILDLIFE SERVICE; and MATTHEW J. HOGAN, in his official capacity as Acting Director, U.S. Fish and Wildlife Service,

   Defendants.

No: CIV-S-05-00560 MCE/PAN

**STIPULATED ORDER APPROVING SETTLEMENT AND DISMISSING CASE**

  The Parties having reached agreement to settle all disputed matters in this case, as reflected in their Settlement Agreement and Stipulation of Dismissal, filed on September 12, 2005, the Court hereby APPROVES the Settlement Agreement and Stipulation of Dismissal, and this case is therefore DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a).

///

///

///

1 | The Court retains jurisdiction to consider any motions filed with regard to any application for attorney's fees.  The Court also retains jurisdiction to consider any motion to enforce the Settlement Agreement, provided that no Party seeking to enforce the Agreement shall invoke the contempt powers of the Court in aid of enforcement of the Agreement.  See <u>Kokkonen v. Guardian Life Insurance Co.</u>, 511 U.S. 375 (1994).  The authority of the Court to enforce the Agreement is not otherwise limited.

IT IS SO ORDERED.

DATED: September 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE