1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE GRANGE; CALIFORNIA FORESTRY ASSOCIATION; and CALIFORNIA CATTLEMEN'S ASSOCIATION,<br><br>    Plaintiffs,<br>       v.<br><br>GALE A. NORTON, in her official capacity as Secretary of the Interior; U.S. FISH AND WILDLIFE SERVICE; and MATTHEW J. HOGAN, in his official capacity as Acting Director, U.S. Fish and Wildlife Service,<br><br>    Defendants. | Case No: 2:05-cv-00560-MCE-PAN<br><br>**STIPULATED ORDER APPROVING JOINT STIPULATION SETTLING PLAINTIFFS' CLAIMS FOR ATTORNEYS' FEES AND COSTS** |

///
///
///
///
///
///
///

1 | The Parties having reached agreement to settle Plaintiffs' claims for attorneys' fees and costs in this matter, as reflected in their Joint Stipulation Settling Plaintiffs' Claims for Attorneys' Fees and Cost, filed on December 28, 2005, the Court hereby APPROVES the Joint Stipulation Settling Plaintiffs' Claims for Attorneys' Fees and Costs.

IT IS SO ORDERED.

DATED: December 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE