UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE GRANGE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>　　　　Defendants,<br><br>　　and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　Intervenors. | Case No: 2:05-cv-00560-MCE-PAN<br><br>**ORDER APPROVING JOINT STIPULATION TO MODIFY SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL** |

　　Upon consideration of the Parties' Joint Stipulation to Modify Settlement Agreement and Stipulation of Dismissal, and for good cause shown, the terms of the same are hereby ENTERED.

　　IT IS SO ORDERED that Defendants shall complete a review of the status of the San Diego fairy shrimp and the Riverside fairy shrimp under 16 U.S.C. § 1533(c)(2) by no later than September 30, 2008.

Dated: September 6, 2007

　　　　　　　　　　　　　　　　　　　　　／s／ Morrison C. England, Jr.
　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE